*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

SYNERGY SPINE AND ORTHOPEDIC
SURGERY CENTER, LLC,

        Plaintiff-Appellee,

and

SILVER PINE IMAGING, LLC,

        Intervening Plaintiff-Appellee,

v

AMERICAN COUNTRY INSURANCE
COMPANY,

        Defendant-Appellant.

UNPUBLISHED
July 15, 2021

No. 350549
Washtenaw Circuit Court
LC No. 17-001041-NF

Before: RIORDAN, P.J., and M. J. KELLY and SHAPIRO, JJ.

M. J. KELLY, J. (*concurring*).

    I concur in the result only.

                                /s/ Michael J. Kelly